against the Tuxedo Electric Light Company and the Fulton Furnace Company. No opinion. Judgment of the County Court of Orange county affirmed, with costs.

CRIMI, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Leonardo Crimi, as administrator, etc., against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.

J. W. CUSHMAN & CO. v. THOMPSON. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by J. W. Cushman & Co. against Paul Thompson. No opinion. Application denied, with $10 costs. Order signed.

DAVIS, Appellant, v. GORTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Charlotte Davis against James Gorton. No opinion. Judgment affirmed, with costs.

In re DAY'S WILL. (Supreme Court, Appellate Division. Second Department. June 18, 1908.) In the matter of the probate of the last will and testament of Edward Warren Day, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

DE FERE, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Paul E. De Fere against the General Electric Company. No opinion. Order affirmed, with $10 costs and disbursements.

DE LONG et al. v. MERCURY REALTY CO. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Albert W. De Long and another against the Mercury Realty Company. No opinion. Motion denied, with $10 costs. Order filed.

DE MARK et al., Appellants, v. LEVISON, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by John De Mark, as administrator, etc., of Frank De Mark, deceased, and another against Isaac Levison.

PER CURIAM. Order of the Municipal Court affirmed, with costs.

WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ., concur.

DENOFRIO, Appellant, v. KRETSCH et al., Respondents. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Salvatore Denofrio against Martin Kretsch and another. W. G. Morse, for appellant. M. C. Katz, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DERAISMES ENGINE CO. NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. DERAISMES HOSE CO. NO. 1 v. SAME. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Actions by the Deraismes Engine Company No. 1 and by the De-raismes Hose Company No. 1 against the city of New York. No opinion. Motion denied, with $10 costs in one case.

DIABO, Respondent, v. DIABO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Delia Diabo against Baptiste Diabo. No opinion. Judgment affirmed, with costs.

In re DICKERSON. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) In the matter of the judicial settlement of the account of George W. Dickerson, as committee.

PER CURIAM. Decree modified, so as to provide that the balance in the committee's hands is $454.23, instead of $507.73, and that, after making the payments therefrom specified in the decree, the amount to be paid over to the executor is $148.71, instead of $187.27, and, as so modified, the decree is affirmed, without costs of this appeal to either party.

SPRING and ROBSON, JJ., dissent, and vote for reversal.

DICKINSON, Sheriff, Respondent, v. OLIVER, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Barney Dickinson, as sheriff of Delaware county, against William C. Oliver. No opinion. Judgment and order unanimously affirmed, with costs.

DODGE et al., Respondents, v. COURTNEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Stephen W. Dodge and another against William J. Courtney. No opinion. Judgment of the Municipal Court affirmed, with costs.

DOLINSKY v. MASTERTON et al. (Supreme Court, Appellate Division. First Department. June 12, 1908.) Action by Isaac Dolinsky against Hugh M. Masterton and another. No opinion. Motion granted, with $10 costs. Order filed.

DOLLIN, Appellant, v. MOORE, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Actions by Elise H. Dollin against Lizzie M. Moore. No opinion. The evidence presented a question of fact, which must be regarded as determined in favor of the defendant by a judgment dismissing the complaint on the merits. Judgments of the Municipal Court affirmed, with costs.

DONLEY, Respondent, v. GLENS FALLS INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Frank Donley against the Glens Falls Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents. ROBSON, J., not sitting.